**Lisha AUSTIN, Plaintiff-Appellant,**

v.

**WELLS FARGO BANK, N.A.; Samuel I. White, P.C.; U. S. Bank National Association, Defendants-Appellees.**

No. 17-1460

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Lisha Austin, Appellant Pro Se. Christy Lee Murphy, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisha Austin appeals the district court's order dismissing her complaint with prejudice pursuant to Fed. R. Civ. P. 37. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Austin's informal brief does not challenge the basis for the district court's disposition, Austin has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*